UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20254-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARRY HANNA,

    Defendant.
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on Defendant Hanna's Objections to the Report and Recommendation (R&R) of the Honorable Andrea M. Simonton which recommends that the Court deny the Amended Motion to Suppress [DE 63]. The Court has reviewed Judge Simonton's R&R, the objections filed by Defendant Hanna, and the record. The objections merely reiterate points raised in the amended motion to suppress. There is no challenge to the factual findings, therefore the Court finds that Judge Simonton's factual findings are not clearly erroneous. Judge Simonton correctly applied the law to the facts. Based on a *de novo* review of the record, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Simonton is RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

Defendants' Motion to Suppress Evidence is DENIED.

DONE AND ORDERED in Miami, Florida this 24th day of September, 2012.

                PATRICIA A. SEITZ
                UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
    Judge Andrea M. Simonton